**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DANIEL J. AUERBACH, | : | No. 2 EAP 2026 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered on |
| | : | December 15, 2025, at Docket |
| v. | : | No. 234 MD 2024. |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA OFFICE OF OPEN | : | |
| RECORDS, | : | |
| | : | |
| Appellee | : | |

**ORDER**

**PER CURIAM**                                    **DECIDED: July 21, 2026**

     **AND NOW,** this 21st day of July, 2026, the order of the Commonwealth Court is

**AFFIRMED**.